```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

KRISTINA COX and RYAN COX,
her husband,

      Plaintiffs,

v.                                   Case No. 3:04-cv-1263-J-12HTS

UNITED STATES OF
AMERICA,

      Defendant.
_____

### **O R D E R**

This cause is before the Court on Defendant's Motion for Order Requiring Plaintiff to Submit to Rule 35 Examinations and Request for Expedited Ruling (Doc. #11; Motion), filed on September 6, 2005. The Motion pertains to examinations that are proposed to occur on September 16, 2005, and September 19, 2005, prior to Defendant's September 26, 2005, expert disclosure deadline. *Id.* at 1. Accordingly, it is

    **ORDERED:**

Plaintiffs shall file a response to the Motion on or before Monday, September 12, 2005.

    **DONE AND ORDERED** at Jacksonville, Florida, this 7th day of September, 2005.

                                              /s/        Howard T. Snyder
                                           HOWARD T. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
        and *pro se* parties, if any