UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTINA COX, et al.,

    Plaintiffs,

v.   No. 3:04-cv-1263-J-12HTS

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER OF DISMISSAL

This cause is before the Court on a Second Mediation Report (Doc.26), filed February 14, 2006. The Mediator advises the Court that this case has been settled. Accordingly, it is

**ORDERED** that this cause is hereby **DISMISSED**, subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this \_\_16TH\_\_ day of February 2006.

                                            Howell W. Melton
                                            SENIOR UNITED STATES DISTRICT JUDGE

c:    Counsel of Record